# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR13-3054 |
| vs. | **ORDER FOR DETENTION** |
| ARLO HOEFT, | |
| Defendant. | |

On the 31st day of March, 2014, this matter came on for hearing on the Petition for Revocation of Pretrial Release (docket number 32) filed by the Government on March 24, 2014. The Government was represented by Assistant United States Attorney Lisa C. Williams. Defendant Arlo Hoeft appeared personally and was represented by his attorney, Clemens Erdahl. For the reasons stated by the Court on the record at the time of hearing, the Court finds that the Defendant's pretrial release should be revoked.

## ORDER

IT IS THEREFORE ORDERED that the Motion for Revocation of Pretrial Release (docket number 32) filed by the Government on March 24, 2014 is hereby **GRANTED**. Defendant's pretrial release is hereby **REVOKED**. The Defendant shall be detained pending further proceedings.

DATED this 31st day of March, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA